1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY D. MCDONALD,                          No.  2:24-cv-2167-SCR

12                  Plaintiff,

13          v.                                      ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14    GAVIN NEWSOM, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without a lawyer in this civil rights action filed

18    pursuant to 42 U.S.C. § 1983.  On May 5, 2025, the court screened the complaint and found that

19    plaintiff's allegations against defendant Morano stated a First Amendment retaliation claim while

20    his claims against defendants Newsom, Jones, Chaves, and Davis were insufficient.  ECF No. 7.

21    Plaintiff was given the option of amending the complaint or proceeding immediately on his

22    cognizable claim against defendant Morano.  Id. at 5.  He was further advised that if he failed to

23    notify the court how he wanted to proceed, the court would assume that he was choosing to

24    proceed on the complaint as screened and recommend dismissal without prejudice of defendants

25    Newsom, Jones, Chaves, and Davis.  Id.  The time for plaintiff to notify the court as to how he

26    wishes to proceed has now passed, and plaintiff has not made an election or otherwise responded

27    to the order.  Thus, the court recommends dismissing defendants Newsom, Jones, Chaves, and

28    Davis from this action.  By separate order, the court directs defendant Morano to be electronically

                                                    1

1  served with the complaint.

2      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly

3  assign a United States District Judge to this action.

4      IT IS FURTHER RECOMMENDED for the reasons set forth in the May 5, 2025

5  Screening Order (ECF No. 7 at 3-5), that defendants Newsom, Jones, Chaves, and Davis be

6  dismissed without prejudice from this action.

7      These findings and recommendations are submitted to the United States District Judge

8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

9  after being served with these findings and recommendations, plaintiff may file written objections

10  with the court.  Such a document should be captioned "Objections to Magistrate Judges Findings

11  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

12  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

13  (9th Cir. 1991).

14  DATED: June 12, 2025

15

16                                         SEAN C. RIORDAN
                                           UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2