UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY D. MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:24-cv-2167-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 10) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 10. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are adopted in full;

2. Plaintiff's claims brought against Defendants Newsom, Jones, Chaves, and Davis are

dismissed, without prejudice;

    3. Defendants Newsom, Jones, Chaves, and Davis are dismissed from this action;

    4. This case is proceeding only on Plaintiff's First Amendment retaliation claim against defendant Morano;

    5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**August 13, 2025**__

Dena Coggins
United States District Judge

2